UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. COURTS
Rcvd_____ MAY 20 2019
_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:19-mj-1058-MRM

LUCAS JOHNSON

| Judge: | Mac R. McCoy | Counsel for Government | Yolande Viacava |
|---|---|---|---|
| Deputy Clerk: | Jackie Clay | Counsel for Defendant: | Jim Lappan |
| Court Reporter | Digital | Pretrial/Probation | Tad Parks |
| Date/Time | May 15, 2019 02:30 PM-02:41 PM | Interpreter | N/A |
| Bench Time | 11 Minutes | | |

**Initial Appearance - Rule 5C**

Court advised defendant of rights. Federal Public Defender appointed for the hearing in the Middle District only based on financial affidavit. Government proceeded by proffer. Defendant waives Identity Hearing and production of the warrant. Government is seeking detention based on danger to the community and risk o fflight. The Defendant waives his right to a Detention Hearing in this District and preserves his right to have the hearing in the charging district.

Court orders defendant detained without prejudice and removed to the District of Idaho.

Your case # 19-0158-S DCN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-mj-1058-MRM

LUCAS JOHNSON

_____/

**ORDER APPOINTING COUNSEL
PURSUANT TO THE CRIMINAL JUSTICE ACT**

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

**APPOINTMENT OF COUNSEL**

- The Federal Public Defender is appointed as counsel for the Defendant.

**TYPE OF APPOINTMENT**

- Fed. R. Crim. P. 5(c)(2)(A) proceedings in this District.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2019.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

LUCAS JOHNSON

_____/

CASE NO.: 2:19-mj-1058-MRM

Charging District:
District of Idaho
Charging District Case No.:
1:19-cr-158 DCN

## ORDER ON REMOVAL PROCEEDINGS, DETENTION, AND COMMITMENT TO ANOTHER DISTRICT

The Defendant was arrested and presented for an Initial Appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c). The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20. Defendant requested and was determined by the Court to be eligible for court-appointed counsel. Therefore, the Court appointed counsel to represent Defendant for purposes of proceedings in the Middle District of Florida only. Defendant waived the right to an identity hearing and to production of the warrant.

The Government seeks detention pending Defendant's removal to the District of Idaho on the grounds that Defendant is a serious risk of flight and a danger to the community. Defendant, through Defendant's counsel, voluntarily waived the right to a detention hearing in this District only and agreed to remain in custody pending removal. Defendant reserved the right to request a detention hearing in the District of Idaho.

Based upon the foregoing and upon consideration of the factors enumerated in 18 U.S.C. § 3142(g), the Court **ORDERS** that:

1. Defendant shall be detained, shall be held to answer, and shall have all remaining hearings in the District Court in which the charge(s) and prosecution are pending:

    *i.e.*, the District of Idaho. This Order is without prejudice to Defendant's ability to seek conditions of release after Defendant's removal to the charging District.

2. The United States Marshal must transport the Defendant, together with a copy of this Order, to the charging District and deliver the Defendant to the United States Marshal for that District, or to another officer authorized to receive the Defendant.

3. The United States Marshal or authorized officer in the charging District should immediately notify the United States Attorney and the Clerk of Court for that District of the Defendant's arrival so that further proceedings may be promptly scheduled.

4. The Clerk of this Court is directed to promptly transmit the papers to the charging District.

**DONE** and **ORDERED** in Fort Myers, Florida on May 15, 2019.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Marshals Service

# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CRIMINAL DOCKET FOR CASE #: 2:19-mj-01058-MRM-1
#### Internal Use Only

Case title: USA v. Johnson
Other court case number: 1:19-cr-158-DCN District of Idaho

Date Filed: 05/15/2019
Date Terminated: 05/15/2019

Assigned to: Magistrate Judge Mac R. McCoy

### Defendant (1)

Lucas Johnson
*TERMINATED: 05/15/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1962-7400.F EXTORTION, RACKETEERING, AND THREATS | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2019 | 1 | Arrest (Rule 5(c)(2)) of Lucas Johnson from District of Idaho on charges of 18 U.S.C. 1962 (d) (jmc) (Entered: 05/15/2019) |

| 05/15/2019 | 🔒 🔒 | 2 | *** Arrest Warrant Issued as to Lucas Johnson. (jmc) (Entered: 05/15/2019) |
|---|---|---|---|
| 05/15/2019 | | | Arrest of Lucas Johnson on 5/14/2019 from District of Idaho on charges of 18 U.S.C. 1962 (d) (jmc) (Entered: 05/15/2019) |
| 05/15/2019 | | 3 | NOTICE OF HEARING as to Lucas Johnson: Initial Appearance - Rule 5 (c) set for 5/15/2019 at 02:30 PM in Ft. Myers Courtroom 5 C before Magistrate Judge Mac R. McCoy. (jmc) (Entered: 05/15/2019) |
| 05/15/2019 | | 4 | Minute Entry for proceedings held before Magistrate Judge Mac R. McCoy: Initial Appearance in Rule 5(c)(3) Proceedings as to Lucas Johnson held on 5/15/2019, Detention Hearing as to Lucas Johnson held on 5/15/2019. (Digital) (jmc) (Entered: 05/15/2019) |
| 05/15/2019 | | 5 | ***CJA 23 Financial Affidavit by Lucas Johnson (jmc) (Entered: 05/15/2019) |
| 05/15/2019 | | 6 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lucas Johnson Signed by Magistrate Judge Mac R. McCoy on 5/15/2019. (jmc)** (Entered: 05/15/2019) |
| 05/15/2019 | | 7 | **ORDER OF REMOVAL pursuant to Rule 5(c)(2) to District of Of Idaho as to Lucas Johnson. Signed by Magistrate Judge Mac R. McCoy on 5/15/2019. (jmc)** (Entered: 05/15/2019) |
| 05/16/2019 | 🔒 | 8 | (Court only) 🔊 RESTRICTED DIGITAL AUDIO FILE as to Lucas Johnson regarding 4 Initial Appearance - Rule 5(c)(3)Detention Hearing held on 5/15/2019 before Magistrate Judge Mac R. McCoy. Audio file size: 5.6 MB. Total hearing time : 11 Minutes. (jmc) (Entered: 05/16/2019) |
| 05/17/2019 | 🔒 🔒 | 9 | (Court only) PRETRIAL BAIL REPORT as to Lucas Johnson.(TP) (Entered: 05/17/2019) |