# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

(X ) Motion Hearing, Dkt. 174
(X ) Detention Hearing

MAGISTRATE JUDGE: Candy W. Dale     DATE: 3/4/2020
DEPUTY CLERK/ESR: Amy Tate     TIME: 10:21-11:45 AM

<u>UNITED STATES OF AMERICA vs. Lucas Johnson</u>
Case No. 1:19-cr-000158-BLW
Counsel for:    United States (AUSA): Francis Zebari and Joshua Hurwit
                 Defendant: Craig Atkinson, CJA (previously appointed)
                 Probation: Lisa Melchert

(X ) <u>MOTION HEARING/DETENTION HEARING</u>

<u>WITNESSES:</u>
( ) Government
(X ) Defendant
     1. Kaitlyn Merritt
<u>EXHIBITS:</u>     (X ) Government
                1. Pretrial Services Report, Addendum, and Second Addendum – marked and admitted
             ( ) Defendant

Defendant's Motion to Reopen Detention Hearing, Dkt. 174, was GRANTED, and oral argument heard on Government's Motion for Detention, Dkt. 85.

Proffer by Government.

(X ) <u>Order:</u>  Following oral argument by both parties, the Court ordered the Defendant released. Government's Motion for Detention was DENIED. Order Setting Conditions of Release entered.