Thomas B. Dominick, Esq.
DOMINICK LAW OFFICES, PLLC
200 N. 3rd Street, Suite 150
Boise, Idaho 83702
Telephone (208) 336-2844
Facsimile (208) 342-6553
ISB No. 2908
tom@dominicklawoffices.com

Attorney for Defendant Lucas Johnson

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUCAS JOHNSON,<br><br>　　　　Defendant. | Case No. 1:19-CR-00158-DCN<br><br>DEFENDANT'S FIRST MOTION TO CONTINUE JURY TRIAL |

COMES NOW Defendant, LUCAS JOHNSON, by and through his attorney of record, Thomas B. Dominick of Dominick Law Offices, PLLC, and hereby moves for a continuance of the jury trial in the above-captioned case for the following reasons:

Defense counsel was appointed July 2, 2020 , and needs more time to investigate this case, review discovery and prepare for trial. Counsel has been informed that approximately 700,000 files will soon be provided by IDOC. Funding for an investigator needs to be approved, witnesses need to be interviewed, etc. The charges in the indictment go back several years. There are nine (9) Co-Defendants. Counsel recently received a thumb drive containing discovery that still needs to be analyzed. Therefore, Counsel respectfully requests that the trial date be continued for at least 180 days from the current trial date of October 19, 2020.

The Defendant waives speedy trial for the length of this continuance. Defendant will be denied the effective assistance of counsel if this motion is denied. AUSA Joshua Hurwit informed Counsel that he does not oppose this motion. Counsel has contacted all of the Counsel for the Co-Defendants. The only objection received to a 180-day continuance beyond the current

trial date came from Counsel for Harlan Hale. Counsel for Lucas Johnson has not received a response from Counsel for Christopher Foss. All other Defense Counsel did not oppose the 180-day continuance requested. A couple of attorneys have a conflict for the month of February, 2021. Therefore, the trial in this case should be moved to April, 2021, if possible.

WHEREFORE, in the interests of justice, in the interests of the parties to this case, and for reasons of judicial efficiency and economy, the Defendant requests this Honorable Court to continue the trial in the above-captioned case until at least 180 days past the current trial date of October 19, 2020 to allow Counsel for Defendant to fully appear, adequately investigate this matter and fully prepare for trial. The Pretrial scheduled for October 6, 2020, should also be rescheduled. Finally, the pre-trial motion deadline should be extended accordingly.

DATED THIS 13th day of August, 2020.

DOMINICK LAW OFFICES, PLLC


/s/ Thomas B. Dominick
By: THOMAS B. DOMINICK
Attorney for Defendant Lucas Johnson

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2020, I served the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and:

| | |
|---|---|
| Joshua D. Hurwit<br>AUSA | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>joshua.hurwit@usdoj.gov |
| Francis J. Zebari<br>AUSA | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>Frank.Zebari@usdoj.gov |
| Courtney M. Peterson<br>*Attorney for James Ramsey* | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>courtney@petersonlawyers.com |
| Craig Durham<br>*Attorney for Christopher Foss* | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>chd@fergusondurham.com |
| Randall S. Barnum<br>P.O. Box 2616<br>Boise, Idaho 83701-2616<br>*Attorney for Harlan Hale* | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____ (208) 342-3077<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>randall@bhglaw.net |
| J.D. Merris<br>*Attorney for Steven Bowman* | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>jmerris@cableone.net |
| Greg S. Silvey<br>*Attorney for Jeremy Brown* | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>Greg@idahoappeals.com |
| Robyn Fyffe<br>800 W. Main St, Ste. 1460<br>Boise, ID 83702<br>Office: (208) 338-5231<br>*Attorney for Mark Woodland* | U.S. Mail　　　　　_____<br>Facsimile　　　　　_____ (208) 917-4596<br>Overnight Mail　　_____<br>CM/ECF　　　　　__X__<br>robyn@fyffelaw.com |

DEFENDANT'S FIRST MOTION TO CONTINUE JURY TRIAL **-** 3

| | |
|---|---|
| Dennis Benjamin<br>P.O. Box 2772<br>Boise, ID 83702<br>208-343-1000<br>*Attorney for Buck Pickens* | U.S. Mail          _____<br>Facsimile          _____<br>Overnight Mail _____<br>CM/ECF           __X__<br>db@nbmlaw.com |
| John C. DeFranco<br>1031 E. Park Blvd.<br>Boise, Idaho 83712<br>Office (208) 336-1843<br>*Attorney for Nicholas Sites* | U.S. Mail          _____<br>Facsimile          _____<br>Overnight Mail _____<br>CM/ECF           __X__<br>jcd@greyhawklaw.com |
| Andrew Parnes<br>P.O. Box 5988<br>Ketchum, ID 83340<br>208-726-1010<br>*Attorney for Michael McNabb* | U.S. Mail          _____<br>Facsimile          _____<br>Overnight Mail _____<br>CM/ECF           __X__<br>aparnes@mindspring.com |

                                          /s/ Thomas B. Dominick
                                          Thomas B. Dominick